SIMONI CONSUMER CLASS ACTION LAW OFFICES
Stephen J. Simoni, Esquire, C.P.A., R.N.
Attorney-At-Law,* Certified Public Accountant, Registered Professional Nurse
*Admitted in California, New York, New Jersey, and Massachusetts (ret.)

September 14, 2026

**VIA ECF**
Hon. Robert Kirsch, U.S.D.J.
United States District Court for
the District of New Jersey
402 East State Street
Trenton, NJ 08608

Dear Judge Kirsch:

**Re:** ***Sacchi v. AARP, et al..*, 3:26-cv-01755-RK-RLS**
**Settlement Discussions & Defendants' Letter of Today**

As Your Honor is aware, I represent Plaintiff John Sacchi ("**Mr. Sacchi**" or "**Consumer**") in the above-referenced action against Defendants AARP and UnitedHealthcare Insurance Co. ("**United**") (United and AARP, collectively, "**Defendants**") and hereby write to respond to Defendants' letter of today addressed to Your Honor (ECF Doc. No. 20).

1. The Parties' detail of settlement offers and rejections during Thursday's public tele-conference referenced the state of discussions mirrored and continued in the attachment subsequently submitted with my September 11 letter. I disagree with Defendants' assertion that the submission somehow constituted "concerning conduct" (if Defendants want to request the filing be placed under seal, along with Defendants' letter of today that also mirrored the settlement discussions, Mr. Sacchi will not oppose their request);

2. I disagree with Defendants' apparent contention that my notifying Defendants in about *one hour* (and nowhere near "24 hours") after the Thursday tele-conference of my client's changed settlement demand upon his awakening constituted "concerning conduct," particularly as Mr. Sacchi in fact ***lowered*** *his settlement*

c/o Jardim, Meisner & Susser, P.C., 30B Vreeland Road, Suite 201, Florham Park, New Jersey 07932-1926
100 South Doheny Drive, Suite 1101, Beverly Hills, California 90048-2998
12131 Turnberry Drive, Suite 100, Rancho Mirage, California 92270-1500
55 Ocean Avenue, Suite PHA, Monmouth Beach, New Jersey 07750-1372
StephenSimoniLAW@Gmail.com
Phone (917) 621-5795

*demand in the event only one Defendant settled* and offered to file an immediate Stipulation of Dismissal pending agreement negotiation and execution;

3. I disagree with Defendants' statement that Mr. Sacchi "demand[ed] infeasible and potentially unlawful non-monetary relief," but urge Defendants to identify the purported illegal demand in preparation for tomorrow's conference so that a proper response may be provided to Your Honor; and

4. I disagree with Defendants' contention that I "misrepresented the contents of documents" and request that they acknowledge I in fact did nothing improper.

In the interim, Mr. Sacchi has made multiple settlement offers last week, to which neither Defendant has responded.

While Mr. Sacchi, of course, will also voluntarily engage in mediation, which was manifested in my September 11 letter (ECF Doc. No. 19), I remain confident in the strength of the case as detailed during Thursday's conference and understand Mr. Sacchi will pursue litigation until and unless agreement is reached with both Defendants.

Significantly, the possibility of a swift global settlement way well be enhanced if Defendants refrain from expending time and resources casting unfounded and entirely irrelevant aspersions.

In the event the action is still not settled in principle with both Defendants before then, I look forward to speaking with Your Honor at tomorrow's 11:00 a.m. tele-conference.

Thank you for the Court's continuing consideration.

Respectfully submitted,

s/Stephen J. Simoni
Stephen J. Simoni

cc: All Counsel of Record (via ECF)